# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

USA

v.　　　　　　　　　　　　　　　　Nos: 19-3812 & 20-2235

**FREDERICK BANKS,**

　　　　　　**Appellant**

**PETITION FOR PANEL REHEARING ON SELF REPRESENTATION ISSUE**

Petitioner Frederick Banks ("Petitioner") moves for panel rehearing on the issue of self-representation only and represents;

The court make a huge error on this issue. Banks has filed thousands of pleadings and in this very case this court granted a Petition for Rehearing. See In Re Frederick H. Banks, No 18-1014 (Sept, 24, 2018) attached hereto as Exhibit A. This grant of rehearing was against the same judge in the same case. Banks has also prevailed in over 175 Federal decisions in this and other courts nationwide. The decision of the District Court to find that he was Incompetent to represent himself was bogus and should be vacated. This Petition for Rehearing should be granted and the court should order that Banks's convictions be vacated. The court should also vacate the decision on the special conditions as well. Banks in this Petition does not challenge the courts decision striking down the fraud guidelines which was an issue that Banks preserved pro se in the district court.

**WHEREFORE**, the foregoing Petition for Panel Rehearing on the Self Representation Issue should be vacated.

Respectfully submitted,

Executed on 12/2/2022 under the penalty for perjury.

/s/ Frederick Banks



**2018 Decisions**

**Opinions of the United States Court of Appeals for the Third Circuit**

9-24-2018

# In Re: Frederick Banks

Follow this and additional works at: https://digitalcommons.law.villanova.edu/thirdcircuit_2018

**Recommended Citation**
"In Re: Frederick Banks" (2018). *2018 Decisions*. 757.
https://digitalcommons.law.villanova.edu/thirdcircuit_2018/757

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University Charles Widger School of Law Digital Repository. It has been accepted for inclusion in 2018 Decisions by an authorized administrator of Villanova University Charles Widger School of Law Digital Repository.

Exhibit A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-1014

IN RE: FREDERICK H. BANKS,
                                  Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 2-15-cr-00168-001)

SUR PETITION FOR PANEL REHEARING

Present: MCKEE, VANASKIE, and SCIRICA, Circuit Judges

The petition for rehearing filed by the petitioner in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The prior opinion and judgment are vacated. Further action on this petition for a writ of mandamus is stayed pending disposition of appeal No. 16-3794. The Clerk will resubmit this petition for a writ of mandamus to a panel after the Court's mandate has issued in No. 16-3794.

                                  BY THE COURT,

                                  s/ Thomas I. Vanaskie
                                  Circuit Judge

Dated: September 24, 2018
CLW/cc: Mr. Frederick H. Banks
            Michael L. Ivory, Esq.

Frederick Banks

Certificate of Service and Filing

I hereby state that I served and filed a true and correct copy of the foregoing by mail delivery first class postage prepaid on 12/2/2022 addressed to;

Laura Irwin, Esquire
US Courthouse Suite 4000
700 Grant Street
Pittsburgh, PA 15219

/s/ Frederick Banks
Frederick Banks

Frederick Banks
52 S. 8th St.
Pgh, PA 15203

Office of the Clerk
US Court of Appeals for the
Third Circuit
21400 US Courthouse
601 Market St.
Philadelphia, PA 19106

RECEIVED
DEC - 5 2022
U.S.C.A. 3rd. CIR