UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 19-3812 & 20-2235

UNITED STATES OF AMERICA

v.

FREDERICK H. BANKS,

                              Appellant

(D.C. No. 2-15-cr-00168-001)

SUR PETITION FOR PANEL REHEARING

Present: RESTREPO, ROTH, and FUENTES, <u>Circuit</u> <u>Judges</u>

    The petition for rehearing filed by **Appellant** in the above-entitled cases having been submitted to the judges who participated in the decision of this Court, it is hereby **O R D E R E D** that the petition for rehearing by the panel is **DENIED**.

                              BY THE COURT,

                              s/ JANE R. ROTH
                              Circuit Judge

Dated: January 31, 2023

kr/cc: Frederick H. Banks
      Abigail E. Horn, Esq.
      Laura S. Irwin, Esq.